C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

FILED

DEC 2 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| ROBERT DOYLE,<br><br>Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>Defendants. | DEMAND FOR JURY TRIAL<br><br>Case No. A05-300- |
|---|---|

COMES NOW the above named Plaintiff, by and through his attorney of record, and requests and demands a trial by jury on all issues triable of right by jury in the above-entitled cause.

Dated this 13 day of December, 2005.

_____
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Doyle

H:\Docs\Wiley\wileylibeldoylejury.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

DEMAND FOR JURY TRIAL
Doyle v. HarperCollins et al.

Page 1 of 1