Jon S. Dawson
Eric Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99503
Telephone:  (907) 257-5300
Telefax:  (907) 257-5399

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, | ) |
| | ) |
| Plaintiff, | ) Case No. A05-300 CV |
| | ) |
| vs. | ) |
| | ) |
| HARPER COLLINS PUBLISHERS, INC. | ) |
| and TODD LEWAN, | ) ENTRY OF APPEARANCE |
| | ) |
| Defendants. | ) |
| _____ | ) |

Davis Wright Tremaine LLP hereby enters its appearance as attorneys of record for defendants HarperCollins Publishers, L.L.C. and Todd Lewan and requests that copies of all pleadings filed in this action be served on this office at 701 W. 8th Avenue, Suite 800, Anchorage, Alaska  99501.

DATED this 1st day of February, 2006.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Defendants HarperCollins
         Publishers, L.L.C. and Todd Lewan

By:    /s/ Jon S. Dawson   .
       Jon S. Dawson
       Email Address: jondawson@dwt.com

By:    /s/ Eric Jenkins   .
       Eric Jenkins
       Email Address: ericjenkins@dwt.com

Certificate of Service:

I certify that on February 1, 2006, a true and correct copy of the foregoing document was served via:

( X ) First Class Mail
(   ) Facsimile and Mail
(   ) Hand Delivery

on the following:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

   /s/ Joyce Sheppard   .
    Joyce Sheppard

ENTRY OF APPEARANCE - 2
87261v1  3960028-7