Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,                        )<br>                                                        )<br>                       Plaintiff,      )<br>                                                        ) Case No. 3:05 - cv - 00300 (TMB)<br>vs.                                                  )<br>                                                        )<br>HARPER COLLINS PUBLISHERS, INC. )<br>and TODD LEWAN,                  ) STIPULATION FOR EXTENSION<br>                                                        ) OF TIME TO RESPOND TO<br>                       Defendants.  ) COMPLAINT<br>_____ ) | |

Plaintiff Robert Doyle ("Doyle") and Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan"), through their undersigned attorneys of record, hereby stipulate and agree that Harper and Lewan shall have until March 1, 2006 to respond to the Plaintiff's Complaint in the above-captioned matter.

|   |   |
|---|---|
|   | DAVIS WRIGHT TREMAINE LLP |
|   | Attorneys for Defendants |
| 2/3/06 | By: _s/ Eric J. Jenkins_ |
| Date | Jon S. Dawson, ABA # 8406022 |
|   | Eric J. Jenkins, ABA# 0011078 |
|   | 701 W. 8th Ave., Suite 800 |
|   | Anchorage, AK 99501 |
|   | Phone: (907) 257-5300 |
|   | Fax: (907) 257-5399 |
|   | jondawson@dwt.com |
|   | ericjenkins@dwt.com |
|   |   |
|   | C. MICHAEL HOUGH |
|   | Attorneys for Plaintiff |
| 2/3/06 | By: _s/ Michael Hough (consent)_ |
| Date | C. Michael Hough, ABA # 7405022 |
|   | 3733 Ben Walters Lane, Suite 2 |
|   | Homer, AK 99603 |
|   | Phone: (907) 235-8184 |
|   | Fax: (907) 235-2420 |
|   | mhough@xyz.net |

Certificate of Service:

I certify that on __Feb. 3rd__, 2006, a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

_s/ Janet Eastman_
Janet Eastman

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - Page 2 of 2
ANC 87324v1 3960028-6