# LAST RUN

A true story of rescue and
redemption on the Alaska seas

## TODD LEWAN

HarperCollins

EXHIBIT A
Page 01

USA $24.95 • CANADA $38.95

# It was the catch of a lifetime.

In late January 1998, after a miserable stretch of fishing that hadn't paid for even their groceries, the five-man crew of a seventy-nine-year-old Alaska schooner called the *La Conte* risked one last run to the Fairweather Grounds, despite the approach of bad weather. The young skipper, a father-to-be, was convinced fish could be found on the shoals, and his instincts were right: they hit the mother lode. For eighteen hours their lines had a fish on every hook: yellow eye, lingcod, calico, halibut, even the occasional sand shark; it was an incredible haul, one that would bring huge profits—and respect—back in port.

But they stayed out too long, and a hurricane-force Arctic storm caught them. Though in need of repair herself, the *La Conte* had weathered bad seas before—and might have again. But in the cruelest of ironies, the additional burden of its magnificent catch sank the ship, and set the five men—Bob Doyle, Mike DeCapua, Gig Mork, David Hanlon, and Mark Morley—afloat in frigid seventy-foot seas. Their radio beacon was sending distress signals to the Coast Guard, but the chances of rescue under such conditions seemed remote.

Eight months later, on a deserted island nearly 800 miles away, two boys found a mutilated corpse that had washed ashore and been mauled by brown bears. A forensics investigator, haunted by the thought that this man's family might never know what had become of him, and with only a single partial fingerprint and scraps of a survival suit for clues, set out to identify the body.

Author Todd Lewan's painstaking investigation into these events began here, too, with the discovery that the man found dead on Shuyak Island had been one of the fishermen aboard the *La Conte*. Lewan became obsessed with learning what had become of the other crewmen; with understanding how five "end of the roaders" from different parts of the United States had come together in Alaska to fish one of the world's most treacherous patches of ocean

(CONTINUED ON BACK FLAP)   0704

[CONTINUED FROM FRONT OF FLAP]

in the dead of winter; and with conveying the way in which that "dream catch" represented an opportunity for each of the men to significantly alter his life. In the process he learned of the truly heroic efforts undertaken by no fewer than three different teams of Coast Guard helicopter rescue units to save these desperate men.

Lewan's re-creation of the events themselves—the discovery of a lost fisherman's remains; the bonding of troubled men on the high seas; the horrifying hours spent fighting to keep from freezing to death in thirty-eight-degree water; the impossibly courageous efforts of the helicopter rescue crews; and the moving account of how one of the survivors, in particular, found during this tempest an unexpected inner strength that allowed him to turn his life around—makes for an unforgettable tale, a page-turning narrative drama of the first order. It also provides a timeless, affecting portrait of hard-living seekers drawn to Alaska: of adventurers in search of roots, home, and the chance to remake themselves in the spirit of America's last frontier.



# TODD LEWAN

joined the Associated Press as a correspondent in 1988. In 1996 he became an editor on AP's International desk, and later a national features writer. In 1998 he received several feature-writing prizes for this story.

Jacket art © Arnulf Husmo / Getty Images; Len Skoogfors/CORBIS
Author photograph © 2004 by Peter O'Loughlin

Don't miss the next book by your favorite author. Sign up now for AuthorTracker by visiting www.AuthorTracker.com.

**HarperCollins**_Publishers_
www.harpercollins.com

# ADVANCE PRAISE FOR

# THE LAST RUN

"This riveting book has it all: ordinary guys facing the extraordinary, tales of the Alaska frontier, a suspenseful fight for survival, a dramatic rescue against seemingly impossible odds, and touchingly human and humorous moments. Do yourself a favor and let Todd Lewan take you on *The Last Run*."

—JAMES BRADLEY, author of *Flags of Our Fathers* and *Flyboys*

"Todd Lewan's *The Last Run* picks up where *The Perfect Storm* left off—the big brawling storm and epic Coast Guard rescue in the Gulf of Alaska is an utterly heart-pounding story, yet Lewan probes deeper, bringing to life in all their troubled glory the heroic, ill-fated crew of the *La Conte*. His reporting is so rich, so brave, and so damn fine it makes me wonder how the rest of us will ever do anything half as good."

—TODD BALF, author of *The Darkest Jungle* and *The Last River*

"*The Last Run* is both a harrowing real-life tale of rescue on the high seas and a moving love letter to the sort of restless traveler so often drawn to Alaska, and to the sea—a story whose roller-coaster drama is surpassed only by its compassion for the hard lives of the men at its center."

—PETER NICHOLS, author of *Evolution's Captain* and *A Voyage for Madmen*

"Todd Lewan raises the standard for nonfiction survival stories. *The Last Run* not only re-creates with hair-raising poignancy the ordeal that the men on the *La Conte* endured but also gives them unparalleled depth and dignity. The personal struggles of the individual crew members—and their often hilarious interactions—are every bit as engaging as their terrifying fight for life."

—JASON KERSTEN, author of *Journal of the Dead*



ISBN 0-06-019648-3
52495

9 780060 196486

EXHIBIT A