Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
 and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant HarperCollins Publishers LLC certifies that News Corporation (successor by reorganization to The News Corporation Limited), a publicly held company, is the ultimate parent corporation of HarperCollins.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this __14th__ day of March, 2006

                    DAVIS WRIGHT TREMAINE LLP
                    Attorneys for Defendants

By:    s/ Eric Jenkins
      Jon S. Dawson, ABA # 8406022
      Eric J. Jenkins, ABA# 0011078
      701 W. 8th Ave., Suite 800
      Anchorage, AK  99501
      Phone: (907) 257-5300
      Fax: (907) 257-5399
      jondawson@dwt.com
      ericjenkins@dwt.com

Certificate of Service:

I certify that on March 14th, 2006, a true and correct copy of the foregoing Corporate Disclosure Statement was served electronically on:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

   s/ Janet Eastman
Janet Eastman

---

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

CORPORATE DISCLOSURE STATEMENT - 2
ANC 87897v1 3960028-7