**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,<br><br>                                      Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR LIKENESS |
| vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br>                                      Defendants. | Case No.:  3:05-cv-300 |

<u>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'</u>

<u>MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR PUBLIC DISCLOSURE OF PRIVATE</u>

<u>FACTS, INTRUSION UPON SECLUSION, AND APPROPRIATION OF NAME OR</u>

<u>LIKENESS</u>

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and

Plaintiff Robert Doyle ("Doyle") through their undersigned attorneys of record, hereby stipulate

and agree that the time within which Plaintiff may file an opposition to Defendants' Motion to

Dismiss Plaintiff's Claims for Public Disclosure of Private Facts, Intrusion Upon Seclusion, and

**C. MICHAEL HOUGH**
**Attorney at Law**
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF                                   Page 1 of 2
TIME
Wiley v. HarperCollins et al./Case No.:
3:05-cv-00118 (TMB))

Appropriation of Name or Likeness shall be extended until April 1, 2006. Defendants' reply brief will then be due April 17, 2006.

Dated: ___3/14/06___

MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Wiley
3733 Ben Walters Lane, Suite 2
Homer, AK 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

Dated: ___3/14/2006___

s/Jon Dawson (consent)
JON DAWSON/ABA #8406022
ERIC J. JENKINS/ABA #0011078
DAVIS WRIGHT TREMAIN LLP
Attorney for Defendants HarperCollins/Lewan
701 W. 8th Ave., Suite 800
Anchorage, AK 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com

H:\Docs\Wiley\wileylibeldoylereplymotdismissext.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STIPULATION FOR EXTENSION OF
TIME
Wiley v. HarperCollins et al./Case No.:
3:05-cv-00118 (TMB))