MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Doyle v. HarperCollins Publishers*
Case No. 3:05-cv-0300-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

The parties have filed a stipulation allowing additional time to submit an opposition and reply to Defendants' motion to dismiss. Docket No. 10.

**IT IS THEREFORE ORDERED:**
The stipulation at **Docket No. 10** is **GRANTED**. Plaintiff shall have until **Monday, April 3, 2006,** to oppose Defendants' motion. Defendants shall reply on or before **Monday, April 17, 2006.** Further extensions will not be granted in the absence of a showing of compelling good cause.


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  March 20, 2006