EXHIBIT 1

# THE LAST RUN

### A TRUE STORY OF RESCUE AND REDEMPTION ON THE ALASKA SEAS

### TODD LEWAN

HarperCollins*Publishers*

# AUTHOR'S NOTE

This is a work of nonfiction—unlike a novel, none of the characters, situations and places described in this book is imaginary. Dialogue was reconstructed as carefully and completely as possible, using official reports, court papers, personal letters, diaries and audiotapes, and by cross-checking the recollections of people who took part in the conversations. For clarity, consistency and tempo, a number of less significant places, people, observations and impressions have been left out. However, the author has attempted to write an absolutely true book; nothing beyond what was verifiable and documentable has been added.



In her trailer home outside of Kodiak, Alaska, Bob Doyle's ex-wife, Laurie, relaxes on her day off with their two children, Brendan (center) and Katie (left). (Photo by Todd Lewan)



Bob Doyle, a twenty-two-year veteran supply officer in the U.S. Coast Guard, joined the crew of the *La Conte* fishing vessel a year after he was forced to retire from the service. In this photograph, he is seen walking in the woods near Bellows Falls, Vermont, his hometown. (*Photo by Todd Lewan*)



Mike DeCapua, his trademark mane of hair flying in the wi works the lines on a boat as it scuds across the waters of Sitka S DeCapua, a fugitive from the law in Idaho and Washington States, arriv

there but sometimes he liked to pretend that the fog had wiped it away, erased it, and that later, during the night, it had somehow been rebuilt from scratch. Other days the wind blew very hard and the silvery sky would lift and brighten and, pulling apart, allow tilted shafts of sunlight to fall through, lighting a rainbow. The rainbow would not last long. The sky would anger to black and soon the rain was coming again in gray, sweeping nets, lifting the channel in white, spurting jets and dripping from the tails of the ravens perched on the pilings.

All of the sadness of the town came with the cold rains and there were days when he could not see the snowline, only the dripping streetlamps and the slick grayness of the sidewalks and the moldering roofs and shutters of the older cabins. It is not the most pleasant weather for walking, but it was easier for Bob Doyle to think clearly when he was out roaming. He also found it more economical to walk than to drink and he had no other means of getting around. So he walked. Only sometimes as he walked would he feel as though someone was behind him, stepping in his footsteps. He would hear rustlings and voices worn away by the years. And sobbing. He would hear it for a time, mixed with the sound of the rain. When he heard the sobbing he had to tell himself not to turn around. Maybe a day would come when the echoes would die.

The best places to wander in Sitka were on the main street and along the wharves. There were many ways to get from Georgia Kite's, where he paid to sleep on a couch, to the waterfront. The quickest was down Jeff Davis Street. He would walk in the opposite direction of the veterans' cemetery, make a right at the tennis court and then a stroll along Lincoln past Crescent Harbor. He had never seen anyone play on the court and the often wondered, in a place that saw more than 270 days of rain a year, if anyone ever got a chance to use it. Soon he would see the stone figures of the seals glistening and lazy looking, and behind them, the harbor. The bigger boats — the *nicer* boats — tied up at Crescent. Many had fiberglass hulls and fresh paint and cabins and galleys as cozy as the rooms at the Super 8 motel over on Harbor Drive. It was a pretty harbor, a picturesque harbor, with the mountains, piney dark and coldly whitecapped in the backdrop, dominating the sound but far enough away to not leave any shadows, and yet he did not like it as much as the other harbors, the ANB and Old

Thompsen. Perhaps it was too pretty a harbor; it lacked an edge. Still, he liked to walk past it on windy days when the boats pitched a little in their slips, their masts wagging this way and that in a strange unison, like the quills on the back of a moving porcupine. Some days he would spot bald eagles huddled darkly atop the masts and he and the birds would stare at one another. They were looking for their next meal, he would say to himself, and so was he. When he could not find work he might take a bench on the concrete landing and watch the eagles and listen to the surf under the pier. It was a lonely sound but a soothing sound as well, and after a while of sitting in a trance he would snap upright and glance around, as if a hand had shaken him a moment after he had nodded off.

Since he usually had no appointments, no invitations anywhere and no money in his pocket, he often stood alone on the O'Connell Bridge and sipped from a can of warm beer. It was always pleasant crossing bridges. Sometimes he thought he should have lived somewhere like Paris. Sitka had only the one bridge. It linked Baranof Island to Alice Island. Alice Island had the city airport, the Coast Guard air station, the officers' club, the exchange and Coast Guard housing. He had lived on that side of the bridge once, on Lifesaver Street. That was when he had the package: the wife, the kids, the house, the rank, the uniform, the minivan. That was some package, all right.

Now, he lived on the other side of the bridge, at Georgia Kite's. The house of misfits. That's what it was, all right. He was a misfit, too. What else he thought, do you call a guy who scuttles about the docks like a roach looking for broken pots to fix? A guy who bums cigarettes from strangers? A guy who gazes like a human vegetable at the broken reflections of boat rigging in the water, who stops at the same monuments around town to read, over and over, the same old inscriptions?

There was one inscription he especially liked, though. It was the one on the Tlingit canoe out front of the Centennial Hall. *Te Kot Keh Yao,* it read. Everybody's Canoe. Not ten feet away sat the statue of Aleksandr Andreevich Baranov. Baranof. Now, *there* was a misfit. He looked all stern and spiffy, old Baranof did, in his top boots, colonial coat and necktie, sitting there with a scroll in his fist and his gaze fixed on his colony. Russian America. Some colony. Maybe that's why the artist had left a couple of holes where the eyes should have been. There was no looking into the future.

When he tired of the bridge, Bob Doyle liked wandering downtown. There was the Moose Lodge, the Columbia bar, an electronics shop, a pizza joint, a pelt shop, a trinket shop, the Veterans' Hall, Old Harbor Books, the Sitka Hotel, Ernie's Saloon, a pharmacy and, of course, squatting in an oval in the center of the street, the Cathedral of St. Michael. The original Russian church had burned down in the 1960s, and the city had built a fireproof replica. A fine replica, he remembered thinking, the first time he saw it. So neat and perfect. Now it bored him. He never did think much of churches. Perhaps it was because he was such a crummy Catholic, but probably not, and he routinely shuffled by the cathedral, hulking gray and white-trimmed and clean looking, but not very inviting and altogether too perfect, on his way to someplace more important, say, the Moose Lodge or the Columbia.

Sometimes he would pause outside of the bookshop. It looked impressive enough through the big windows, the books carefully stacked and arranged, their covers shiny in the display lights. He would read all the covers and on days when the rain was coming down especially hard he would spot a notice scribbled on the side of a grocery bag: PLEASE DON'T DRIP ON THE BOOKS. He rarely entered. He liked standing out on the sidewalk, looking in. Sometimes he might see a reflection of himself in the glass. He would see a tall man, stooped, somewhat below the threshold of slender, with a drawn, unnaturally white face that could have been borrowed from a leaden mask. On top of the man's head sat a rumpled, olive green cap. When he removed it, he looked a lot older. Most of his scalp was bare, shiny at his north pole, with cantilevers red as shrimp tumbling down the back and sides. He had a sharp nose, a long chin covered in a shaggy tuft of red-and-white hair and sad, sheepish eyes. The eyes were devoid of any traces of confidence. Sometimes as he gazed at the face in the glass he would nod, as though nodding at a stranger.

Katlian Street, the road that snaked along the waterfront, he found pleasantly run-down. It had once been all Tlingit clan houses. Now it was the guts of Sitka's fishing industry. Along the waterfront was the Halibut Hole coffee shop, the ANB Harbor, the Alaska Native Brotherhood Hall and the cold storages and supply outlets. There was also the Pioneer Home for retired fishermen, the Pioneer Bar for active fishermen, the Tlingit cultural house, a shop where Natives sold handwoven baskets, painted fig-

urines and beaded crafts, and a soup-and-sandwich place decorated with maps and fishing gear. The rest of the street was sagging frame houses and lots empty except for weeds, bald tires, rusting fuel drums, discarded nets, tarps, buckets, oil cans, newspapers and pallets.

Sometimes when he passed the gift shop Bob Doyle paused to read the faded sign hanging on the glass front door:

> Open most days about 9 or 10, occasionally as early as 7, but some days as late as 12 or 1. We close about 5:30 or 6, occasionally about 4 or 5, but sometimes as late as 11 or 12. Some days or afternoons we aren't here at all, and lately I've been here just about all the time, except when I'm somewhere else, but I should be here then, too.

Below it hung a second sign:

> Sorry, we're closed.

Mornings he would make the rounds looking for work: the harbormaster's office, the pier, the cold storages, the fish brokerages, the packing houses, the supply outlets, then stroll along the waterfront and watch the many gulls and ravens that took off flying when he crept close to them. Afterward he might, or might not, stop to see a friend, Eric Calvin, who kept his small, steel shrimping boat tied up on the quay. Calvin had tried to help him once by bringing him along on a shrimping trip near Tenakee Springs. For almost eight weeks they had worked the inlets around Tenakee, but in the end they came away with barely enough to pay for the Old Milwaukees they emptied at a café there run by a Philippine woman. Calvin had written it off as bad luck. Sure, he had told Calvin. Story of my goddamned life.

On his way home he would stop at the Sitka Job Center on Lake Street. He might toss down a few cups of free coffee, sneak a couple of cookies and scan the bulletin boards. If he saw a job posting, he'd print out a copy of his résumé on a sheet of paper, lick the envelope and hand it to Bonnie