Case 3:05-cv-00300-TMB Document 12-3 Filed 04/03/2006 Page 1 of 6



Richards, the manager. He couldn't see why he bothered. The Coast Guard wouldn't give him a good word if he applied for a ticket taker's job at the circus. But Mrs. Richards would smile that terribly bright smile of hers, and he would put on his best face until he felt it pulling out of shape and then he would be out on the street again, the night falling cold and damp and the display windows of the shops already dark. Mrs. Richards. She actually cared about him. Why? He couldn't understand how. He really couldn't. He needed to start doing that—caring about himself. He needed to get some forward motion. Sure. That and some courage.

---

## F I V E

Georgia Kite's house was a picture of decay. On sunny days the outside shingles had the hue of mildew; on rainy days, cigar ash. The roof, drooped in the middle, was covered in chinks of moss as thick as any on a dying spruce. The driveway looked as though it served as the neighborhood dump: stove parts, coffee cans, tarps, sawhorses, snowmobiles, motorbikes, tires, monkey wrenches, a bathtub, grease guns, a pressure cooker, hoses, fuel drums, rolls of fiberglass insulation and a half-dozen three-wheelers in varying stages of dismantlement. The front door was broken—nailed shut—and there was no way to get to it in any case, since the front stairway and stoop were missing. To enter Georgia Kite's, one needed to trump around back, climb the steps of a flimsy, molding stairway and tap on the kitchen door.

The kitchen itself was a shambles, the sink somewhere under a jumble of encrusted pots, liquor bottles and dishes, the floor occupied by stacks of beer cans and tinned food, from Del Monte green beans to Campbell's cream-of-mushroom soup to Carnation fat-free powdered milk. The living room had three couches, a recliner, a coffee table, two TVs, dual VCRs and a pair of radios that usually bleated discordantly on different programs



at the same time. On the paneled walls, at peculiar angles, hung a blac Eskimo mask, a painting of sailboats on a pink ocean, a feathered, India headband, the spoked wheel of a troller and the American flag, upsid down and fraying at the edges. Bits of underwear, ashtrays and empty car lay scattered among the pillows and cushions, and the window shades wer stuck to the panes with packing tape. The house had an odd blend c odors, the heaviest of which was the sticky, stale smell of old nicotine, n telephone, no clocks that kept accurate time, vases without plants, leakin pipes that left dark blotches on the tiled ceiling, and carpets sticky wit beer and bodily fluids.

There was an upstairs bedroom, which Georgia had fixed up with queen bed, a lamp she got at a garage sale and a cracked window shad and rented out at $350 a month to a newcomer named Dale. But th real action was in the basement. It had a bar, complete with keg blenders, a stash of Stoli, Jim Beam, Canadian Hunter, shotglasses an mixers, bottle openers and a neon Budweiser lamp. There was a Foosba table, two regulation-size pool tables, an electronic dartboard and a poke table. Smiling from the walls were centerfolds in their birthday suits, poster of Mount St. Helen's erupting and a notice: PLEASE DO NOT FEE THE HUMANS. The couches showed their stuffing, but were comfy, an through a door was a room with a queen-size bed—that kind of room—and a ceiling light that, not so remarkably, never worked.

Some of Sitka's wildest and longest-running parties took place dow there, and after a while people around town just started calling Georgi Kite's place the Basement. Once the P-Bar, Pilothouse, Ernie's, th Columbia and Rookies shoved their patrons out at two o'clock, in acco dance with the local liquor laws, the rank and file simply filed on over t Jeff Davis Street and carried on in the Basement, oftentimes through th following afternoon.

Georgia didn't mind crowds. She was extra soft on fishermen—her se ond husband, a cook, had gone down with a fishing boat—but she took i loggers, miners, dope peddlers, faith healers, hypnotists, cheating spouse college tramps, circus workers, swindlers, grifters, hookers. She took in an one who didn't molest children or kill people, though, in fact, more tha a few felons had found temporary refuge there at one time or anothe

Case 3:05-cv-00300-TMB Document 12-3 Filed 04/03/2006 Page 2 of 6



without her knowing their shady deeds. Regulars got charged a "maintenance fee" of seven dollars a night for a couch, payable upon departure and IOUs negotiable, but visitors were allowed to sleep it off on the floor, free of charge.

Georgia Kite's might have been classified as a roadhouse, if anything like a road network existed through southeast Alaska. Instead, it came to be known as a 24/7 "rest house"—a stop at the end of the line for America's end-of-the-roaders. A landing pad for drifters, dreamers and derelicts, for those who rejected—and got rejected by—suburbia. Not a house for the homeless; rather, it was a tent with a roof and walls—a tent for flower children and forever children, for the professional gone hobo, for rootless men and women who had nothing but each other.

It was the last door in Sitka open to Bob Doyle.

After Bob Doyle's "retirement" from the Coast Guard, the officer who took over his duties in supply had been nice enough to rent him an apartment he owned in town. He was booted after ten days for not coming up with the rent. Later, he rented a trailer out on Halibut Point Road but the same thing happened. He went door-to-door, staying with friends until their friendliness ran out, and then one day at the Pioneer Home, the retirement home for fishermen, an old-timer told him to look up an old gal with a heart as big as Mother Teresa's, Georgia Kite.

He had been untangling longline gear and repairing shrimp pots down at the ANB Harbor, but he was not making anywhere near enough to drink and pay real rent. So one afternoon, after he had woken up with a whiskey rug in his mouth, he packed his old dress blues and some personal effects in two cardboard boxes and turned up at the kitchen door of the house on Jeff Davis Street.

A dog yelped. He squinted through a film of grease on the glass-paned door. A man with dark eyebrows closed in together and a cigarette stuck to his lower lip opened the door. His lean face wore a scowl.

"What?"

Bob Doyle introduced himself, raising a furrow of mild disgust on the man's forehead.

"So you're the Coastie?"

"Ex," Bob Doyle said.

The man nodded. His close-set, dark eyes studied him now without



rancor. "Right. Well, I'm Gino. John Gino. C'mon in. Leave your sh wherever you can find some floor."

He left the boxes out on the stoop and stepped inside.

"Want a drink?"

"What you got?"

"Popov."

The man named Gino poured out two shots and they downed ther The door rattled open.

"Hey, Mike," Gino muttered.

The man who had just entered grumbled, "Hey, yourself. Got a cig rette?"

"Nope. Just pinched this one from Dick."

"Who's this?"

"Coastie Bob," Gino said.

"Coastie?"

"That's right. Bob, here, was even an officer once. Now he wants to a fisherman."

"Really?"

"Ask him."

This second man was early forties, Bob Doyle thought, about six feet height and wiry, like a scarecrow made of cables. He wore sweats, shi high rubber boots, a powder blue, checkered shirt and sweatpants th appeared not to have seen the inside of a washing machine in weeks. Ru ber bands held his wild, greasy mane together in a ponytail that flopp halfway down his back. He had a scar across the bridge of his nose, brow broken teeth and a mouth that sliced downward at the corners as thou he had just frowned, or was about to. But his mouth told very little abo him. His eyes were what you needed to watch. They were blue as a glaci and fierce as the eyes on a junkyard dog.

Gino said, "This here's Mike DeCapua."

"Hi, my name's Bob."

The man considered Bob Doyle's outstretched hand without any has "Coast Guard, huh?"

"Yeah."

"Fucking worthless."

Bob Doyle smiled and said, "Okay."

Case 3:05-cv-00300-TMB Document 12-3 Filed 04/03/2006 Page 3 of 6

/ extend the season out there, don't you? Because nobody's nuts
ugh to fish the grounds in the winter. There's fish, all right. But it's hell
ng them. Hell. I've fished the grounds. I know. In January, the only
gs that belong on the grounds are things with fins and gills."
ob Doyle lay still, listening to the hull creaking around him.
You ever get spooked at sea, Mike?"
No."
onely?"
been on my own a lot. I figure being alone is the normal course of
. Anything else?"
ou got the one kid, right?"
o. I got three."
hree?
Capua coughed. "I got two girls from my first marriage. Haven't
em for a while."
ow long?"
neteen years."
at must be rough."
u got to know how to be alone," DeCapua told him. "It's like know-
v to wipe your ass. No one's going to show you how to do it." He
on his cigarette and then said, "What scares you?"
ivion."
e DeCapua grunted.
n't know. It's just that everything always seems to start off good and
bad," Bob Doyle said. "Nothing ever gets any better. And then
You're dead. Know what I mean?"

re's nothing that makes you afraid?"
there is."
t?"
g with a hundred-dollar bill in my pocket."
e one
idding. Scares the shit out of me. Want to hear a bedtime
right. My old man worked his whole life for Pratt Whitney, the
arts company, in Hartford."
der brother worked for Pratt Whitney."



"Yeah, well, my old man was a machinist for those fuckers. He went in right out of high school thinking that one day, when he's good and old, he'll have a little something for when he retires. And he worked there for forty years. Forty fucking years. Finally, he retires. Gets a volunteer job with the Boy Scouts. Two months later, he goes on one of them summer camping trips. Cooks for the kids. So now it's Sunday, the trip is over, and he's driving back on Route 5 just south of the Massachusetts line when his heart blows up. Massive coronary. His car rides off the highway. By the time the cops found his old sedan in the ditch, all the salad and hot dogs and shit in the backseat were all stinking and rotting."

"Oh."

"Sleep tight," said Mike DeCapua.

In the night Bob Doyle woke and saw the light in the bunk above him was out and heard the steady breathing and knew that Mike DeCapua was sleeping. He was apparently sleeping well now and not stirring.

Bob Doyle was glad to have his own dry, warm bunk and he was also happy to have some company. He did not want to think about all the times he had neither of those things, and he tried not to think at all. Thinking the night before a trip usually got him in trouble. So as soon as he started picturing somebody doing something he shut his eyes and in his mind froze the person he was giving life to, and then waited for the image he had created to fade.

But after a while he got tired of doing this and his mind began to jump around. Gradually he began to think about Seattle and all of the fiascos, like the time he had gotten so drunk he collapsed in the backyard after he had found out that Laurie had gone to bed with a good friend of his. Then he thought about some of his own infidelities, in particular that leave in Valparaiso, when he and the officers on the icebreaker *Polar Star* had blown a month's pay in three nights at that brothel. That was foolish. But he had done so many foolish things when he was away from home for long stretches that he almost did not take them as seriously as he should have. There was no excuse for his stupidities but the time away from family had not done any good. It hadn't done the kids any good, either.

He thought about that terrible winter when Laurie suffered from post-partum depression after having Brendan. He remembered how she couldn't

stop slapping herself and the night he finally had to drive her to the hospital in Newport so she could check herself in for acute depression. Then he thought about that afternoon in Sitka when the hospital called him at work and told him his wife was having her stomach pumped. Later, she insisted it hadn't been a suicide attempt. She had washed down twelve Xanax pills with a can of warm Pepsi so she could go to sleep for a day or two. It was an accidental overdose. Truly.

He did not mind being awake now and he remembered how it had been once when they did not lie to each other and when the lovemaking was sweet and never too hot, or too cold, but steady burning like a well-tended pile of driftwood, and for some reason he began thinking about the afternoon in Newport, Rhode Island, when he first saw her. At the time he was just a third-class SK—a supply clerk—much lankier, with an unruly lack of grace, and short on cigarettes. He went into the exchange and waited on the checkout line behind a woman who was struggling with a bag of limestone. She wasn't strong enough to lift it herself and place it on the counter, so he offered to do it for her. It was not until he thunked the sack on the counter that he noticed the cashier was gorgeous.

"Doesn't he look like such a nice gentleman?" the woman who was buying the limestone said.

The cashier's sassy eyes, transparent as topaz, and full, moist lips threw him into a trance of lust. She looked up from the register keys, glanced at him as if preoccupied and said:

"Looks can be deceiving."

Every afternoon for the next two weeks he bought cigarettes at the exchange. Finally, one night after a pickup basketball game, he walked in determined to find out if she was married, had a boyfriend, or if, God forbid, she preferred women. She was mopping the floors. He fished a bottle of Diet Pepsi out of the cooler, going over every word of his questionnaire in his mind, popped the bottle top and stood, so puppylike it was almost pathetic, in front of the register.

She put the broom down, came over to wipe down the counter and then watched him sip his soda.

"By the way," she said, "my name is Laurie. What's yours?"

He gagged on a mouthful of soda, spitting it out everywhere, and stumbled backward.



"Hey!" she snapped. "What was *that?*"

"I'm sorry."

"I just cleaned that floor!"

"I'm really sorry."

"Here!" She thrust a roll of paper towels at him. "That's not my mes That's yours. Clean it."

Two weeks later he took her to a Mexican joint, Amigos, and six weel later she moved into his apartment at the end of a runway where th National Guard launched jet sorties. A year after that they wed at a churc in Westminster, Vermont, not far from his hometown of Bellows Falls, i front of two hundred people, most of them his family. She wore an ivor gown and a long train. He wore a tux and kept a flask in his pocket fo nerves.

It was the only truly extraordinary thing to happen to him in all of hi first twenty-eight years, falling in love with Laura Mae Raymond. And yet even though it had happened only nine years earlier, it felt as if it were par of his other life, a life that was long gone and buried. History. Not th drinking, of course. But the rest of it. Over and gone and separate, a though someone were telling him the sad story of some other fool on a ba stool at Ernie's Saloon. There was no going back.

Like all of the other things in his life the marriage had started out sc promisingly, so lovingly, and then soured. It had started going bad in the second year, after Brendan came along. By the time Katie was born, five years later, they had grown used to wounding each other. Every day they hurt each other a little more without the slightest compunction. Their lovemaking fluctuated between vicious, complacent, inconsolable, maddening, passionless, and then finally infrequent, while the tone of their voices slowly petrified until most everything they said to each other was either repellent, vulgar, stony or, worst of all, indifferent. They were so dead to themselves that even the poisonous talk that accompanies separation—the barrages spouses unleash at each other to make the break permanent—seemed fatigued.

The marriage was actually over long before they shoved off to Alaska. But it was in Sitka that she finally filled the void he had left, or perhaps had never filled, in her heart.

Case 3:05-cv-00300-TMB Document 12-3 Filed 04/03/2006 Page 5 of 6



n she had decided to go down the road with was a flight mechanic d four doors over in Coast Guard housing—an enlisted man, no nose wife had recently dumped him. His name was Rick Koval, and Doyle he was a cross between a bulldog and a boar, the size and a middleweight past his prime. He had a round head set too close oulders, a bulbous nose above a toothbrush mustache, fleshy jowls, thin mouth and pig eyes, one of which seemed to wander a bit as alking. The eye had come out of its socket once when he and an- echanic had been horsing around on the hangar deck at Air Station ter. They were cleaning an H-3 helicopter with long-poled wash nd they jousted and poked each other with them until the other c jabbed the wand's suction pad into Koval's eye and yanked the lean out. The doctors did sew it back in and he regained some vi- from that day forward the eye had an opaque, faraway stare to it. l was heavy into computer games, hunting, Tabasco sauce, all- ehicles, keg parties and guns. He was a gunsmith and stored more y weapons in an iron safe at home, except for a German-made that fired fifty-millimeter shells. (It didn't fit in the safe.) He that he'd once shot a buck with the howitzer from a mile off, un- ly splattering fur and deer meat all over the forest. He often won- at it felt like to be shot, so he and a buddy arranged to shoot each h rubber bullets. They had loaded their ammo, donned several ats, raised their guns and taken aim when the phone rang. Koval o. It was his mother. Just as he answered, his pal's gun discharged l doubled over, grabbing his balls. As he wailed and writhed on the friend snapped up the phone, said, "Mrs. Koval? Sorry, I just by accident. He'll give you a call back," and hung up.

ight have been a big kid—preoccupied with his toys and replete disdain for authority—but Rick Koval was an exceptional c. He was also a good welder, the premier machinist at Air Station chief petty officer once remarked that he was convinced the man ild an entire car with just a lathe. And so, as small as the Coast mmunity was, Koval's reputation as a wild man never percolated command. He raised his share of eyebrows. But he also had his

Doyle was incredulous the day he discovered this oversize



teenager was his wife's lover. It was the afternoon of his next-door neighbor's garage sale. He was looking at the price tag of an old Venetian-style lamp when he saw Laurie walk up. She muttered a greeting and lit a cigarette.

The back of his neck prickled up.

"Whose lighter is that?" he asked her.

"Oh," she said, and blowing smoke out of the side of her mouth: "Rick just lent it to me."

Later, the woman who was holding the sale pulled him aside. "Listen," she said, "I don't care what happens anymore. I can't stand it. You need to know that she's been having an affair with that guy ever since you got here." It occurred to him that he should feel angry—embarrassed at least—that everyone else on Lifesaver Drive knew his wife was carrying on with a neighbor who occasionally sat at his dinner table. But he only felt sad. He walked home, pulled a Miller Genuine Draft out of the refrigerator and ran a bath. It was blowing outside. He listened to the wind against the windowpanes. He thought he had a fever and felt his forehead. No one was in the house. He got into the tub, shivered and thought he might like a whiskey. All of his important decisions had been figured out while he was having a whiskey. So he got up and went downstairs and fixed himself a Crown Royal.

Days later, when he confronted her, she told him to get out of the house. She won't do it, he thought at the time. Not on my mother's birthday. So he called her bluff. She called him something nasty. He called her something nastier. She called his XO and told him that her husband was beating her. The following day the base commander ordered him out of the house. He threw some clothes and personal items in a plastic trash bag and moved into the barracks. She got an order of protection and, days later, filed for divorce.

Then things got ugly.

Not long after he filed a chit against Rick Koval for committing adultery with the wife of a warrant officer, the flight mechanic stomped up to him in the Eagle's Nest, jabbed a finger in his face and said, "I'm fucking your wife and there's not a damned thing you can do about it." Another day in the smoking lounge, two officers heard Koval's booming voice: "What am I supposed to do to get my life back? Run over him with a truck? Make a grease spot out of him?" Again he reported Koval, this time

for making threats against an officer. But the charge was dropped when other witnesses said that Koval was only joking. The flight mechanic was given a warning, though, and ordered to stay away from Mrs. Doyle, at least until she no longer carried the Mrs. in front of her name.

As the summer slid along the scandal turned more sordid and people wound up taking sides. There were those who took the side of the enlisted man, Koval, and thought he was well within his rights to date Laurie. Then there was the camp that thought Bob Doyle had been wronged. It was like some bad play. He began skipping work to follow his wife around town, hoping to catch her and her boyfriend in a lustful act while Koval riled up sentiment in the engineering department against his nemesis. The command, fearing that Koval might walk into the barracks guns blazing, tried to wade into the whole affair. But it only made things worse. Soon people developed opinions about what the command had done and whether it was fair or not fair, and in the end morale only sank even lower.

Then one Sunday, a number of couples who had anchored out in the sound saw Koval, Laurie and another couple returning together from a weekend boat trip. It was all over town within hours and the following morning Bob Doyle filed yet another chit. This one stuck. Koval was court-martialed that September and pleaded guilty to disobeying a written order from his superiors. It came at a bad time for Koval, who had just put in for a promotion to warrant officer; he was busted down a pay grade, though ultimately the court did allow him to stay in the Coast Guard.

The hobbling of Koval did nothing to prevent Bob Doyle from walking his own gangplank. He drank day and night, Miller Genuine Draft by day, Crown Royal by night, mostly because they were convenient. When he was transferred to Sitka and promoted to supply officer, his immediate supervisor, a lieutenant by the name of Bill Adickes, put him in charge of overseeing the exchange and the Eagle's Nest, a pub for officers complete with outdated jukebox, pool tables worn to the threads and cheap ashtrays. It was, in retrospect, almost funny how the Coast Guard could put an alcoholic in charge of all of the booze and cigarettes he could possibly want. He took full advantage. Before closing the exchange he'd nick a couple of cases of Miller off the front display stack, a few packs of Luckies, a bottle of Crown Royal or Canadian Hunter for good measure, and polish them off at home on his couch.



He would skip work, or show up, frazzled, after lunch. His subordinates covered for him for months. But the exchange manager, one of the only people he'd ever pushed to do her job and who thoroughly despised him went to Adickes, his supervisor, and ratted him out. One day Adickes confronted him about the missing merchandise and he denied taking it.

"Your Coast Guard career is over!" Adickes shrieked. Whenever he got upset, the veins in his neck looked like they were about to explode. "I'll make sure of that. Now get your stuff and get out of my office!"

Bob Doyle had not gotten angry or violent over that, either. Why hadn't he? Most anyone else would have fought back. Defended his honor. Maybe he had no honor anymore. Maybe he never should have become an officer. The Coast Guard policy had always been to move up or ship out. He liked being a Coastie, so he'd had to rise through the ranks to stay. But he never fit as an officer. It wasn't just a simple progression. He didn't like the politics of officialdom. The responsibility. Maybe that's where the Coast Guard failed him—by promoting him.

It all came to a head two days before Thanksgiving in 1996, when the cops pulled him over into the parking lot of the Mormon church on Sawmill Creek Road. He'd downed more than a few boilermakers at the Eagle's Nest and had been soaring around town in his van. The charge was driving under the influence, and they locked him up for three days.

His conviction came down in January. It was his second offense in a year, and by the book, the Coast Guard had every right to throw him out. Adickes suggested a graceful exit—an administrative discharge, he called it. And so, on April 30, 1997, twenty-one years, five months and twenty-seven days after joining up in Springfield, Massachusetts, Bob Doyle signed the forms for early retirement.

It was better that way. The divorce had already gone through, in January, and he'd had to endure seeing Laurie and Koval together on the chow line in the mess. He tried to keep with his children. The custody settlement allowed him to see Brendan, who at that time was eight, and Katie, three, on weekends. Since the court allotted his ex-wife the family van, he would send a taxi over to his old house to pick up the kids. He could never bring himself to see them walk out of another man's house.

By then he was homeless. On weekends he rented a room at the Super 8 motel so the kids would have a place to sleep when they came to visit.