**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF ALASKA

| ROBERT DOYLE,<br><br>Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>Defendants. | UNOPPOSED MOTION TO EXTEND DATE FOR FILING STATUS REPORT AND MEMORANDUM<br><br><br>Case No.:  3:05 – cv – 00300(TMB) |
|---|---|

    Plaintiff, by his attorney, moves this court to extend the date for filing the Status Report as ordered by this court (Docket #15) until some time after June 15, 2006.

### MEMORANDUM

    I have been fishing with family and friends in Togiak each spring for the last 20 years. I agreed to be in Togiak this year, as I have for the last 20 years, for ten to fourteen days at some time between May 10th and May 25th, depending on when the Togiak herring seine fishery occurs. Several crew members, a spotter pilot, and tender vessel all are dependent on me being in Togiak.

    It is anticipated the fish will be showing up within the next few days and the fishery should last about ten to fourteen days. However, due to the unpredictability of herring and the weather, my obligation may take longer to fulfill.

    Dated this 10th day of May, 2006.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

UNOPPOSED MOTION TO EXTEND DATE FOR                   Page 1 of 2
FILIING STATUS REPORT AND MEMORANDUM
Doyle v. HarperCollins et al.:3:05 – cv- 00300(TMB)

s/Michael Hough
MICHAEL HOUGH/ABA #7405022
Attorney for Plaintiff Doyle

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 10th day of May, 2006, a true and correct copy of the foregoing document was served by mail upon:

Jon Dawson
Davis Wright Tremaine, LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501


By:     s/Michael Hough


H:\Docs\Wiley\Doyle\wileylibeldoylestatusreportext.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420