**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>　　　　　　　　　　　Defendants. | ORDER<br><br><br><br>Case No.: 3:05 – cv – 00300(TMB) |

　　　　IT IS ORDERED that

　　　　the filing date for the Status Report, as ordered by this court (Docket #15), has been

rescheduled for June _____, 2006.

　　　　Dated this ____ day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE


### CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 10th day of May, 2006, a true and correct copy of the foregoing document was served by mail upon:

Jon Dawson
Davis Wright Tremaine, LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501

By:___s/Michael Hough_____
H:\Docs\Wiley\Doyle\wileylibeldoylestatusreportextord.doc

UNOPPOSED MOTION TO EXTEND DATE FOR　　　　　　　　　　　　　　　　　　Page 1 of 1
FILING STATUS REPORT AND MEMORANDUM
Doyle v. HarperCollins et al.:3:05 – cv- 00300(TMB)

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420