MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Doyle v. Harper Collins Publishers, et al.*
Case No. 3:05-cv-0300-TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

     Plaintiff has filed an unopposed motion to extend the time to file the status report requested by the Court at docket no. 65.  Docket No. 66.  The motion is **GRANTED.**  The status report shall be filed **on or before June 23, 2006.**

     **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE:  May 15, 2006