C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,<br><br>                                    Plaintiff,<br><br>vs.<br><br>HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN,<br><br>                                    Defendants. | STATUS REPORT<br><br><br><br>Case No.:  3:05 – cv – 00300(TMB) |

**A. Nature of Case**

**1. The lead attorneys on the case:**

| | |
|---|---|
| Michael Hough<br>3733 Ben Walters Lane #2<br>Homer, AK 99603 | Attorney for Plaintiff Phillip Wiley |
| Eric Jenkins and Jon S. Dawson<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501 | Attorneys for Defendants |

**2. Basis for federal jurisdiction:**

Diversity.  Plaintiff is a resident of New Hampshire.  Defendant HarperCollins is a Delaware limited liability company and has its main offices in New York.  Defendant Lewan is a resident of Florida.   Most of the events involved in the subject of the case, a book entitled *The Last Run*, occurred in Alaska and many if not most of the witnesses live in Alaska or did so as of 1998, the year of the events described in *The Last Run.*

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STATUS REPORT                                                                                                               Page 1 of 4
Doyle v. HarperCollins et al.:3:05 – cv- 00300(TMB)

**3. Nature of the claims asserted in the complaint and any counterclaims:**

Plaintiff's complaint is for defamation, invasion of privacy, and breach of contract regarding the dialog and statements made in *The Last Run*. This court recently ruled on the claims by Plaintiff (Docket #18). An amended complaint in conformance with such ruling is due June 23, 2006.

**4. Name of any party that has not been served and the nature of the non-service:**

There are no unserved parties.

**5. Principal legal issues:**

Doyle will file an Amended Complaint on June 23, 2006. Since the pleadings are not yet complete, the parties have not determined what issues of fact and law are in dispute.

**6. Principal factual issues:**

Doyle will file an Amended Complaint and the pleadings are not complete yet, so they parties have not determined what factual issues are in dispute.

**B. Discovery**

**1. Brief description of completed discovery and any remaining discovery:**

This case is still in its infancy. This case is based on the same subject matter as the <u>Wiley v HarperCollins and Lewan</u> Case 3:05 – cv – 00118, which has now settled. Significant discovery occurred in the Wiley case which does have similarities in many respects to the discovery which will occur in this case, but all discovery in Wiley was limited to the Wiley case. As an example, Mr. Doyle was deposed by Defendants, but only with regard to the Wiley case.

All discovery remains to be done. A scheduling and planning conference should be scheduled.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

**2. Brief description of any pending motions and anticipated motions:**

Defendant's Motion pursuant to Federal Rule 12(b)(b) to Dismiss Plaintiff's Complaint with regard to Plaintiff's claims for intrusion upon the seclusion and solitude of Plaintiff, disclosure to the public of private facts, and appropriation of Plaintiff's name was granted in part (Docket #18) and Doyle will file an amended complaint, based on such decision.

Plaintiff anticipates motion practice similar to what has occurred in the Wiley case. Once significant discovery and depositions occur, dispositive motions by Plaintiff and Defendants are anticipated.

**3. Brief description of any previously entered rulings on substantive issues:**

Defendant's Motion pursuant to Federal Rule 12(b)(b) to Dismiss Plaintiff's Complaint with regard to Plaintiff's claims for intrusion upon the seclusion and solitude of Plaintiff, disclosure to the public of private facts, and appropriation of Plaintiff's name was granted in part (Docket #18) and Doyle will file an amended complaint, based on such decision.

**4. Any previously filed status reports:**

No previous status report has been filed.

**C. Trial**

**1. If trial is anticipated, how long the trial will take, and whether a jury is requested:**

Eight days.

**D. Settlement**

**1. Status of any settlement discussions and whether the parties request a settlement conference:**

This case is too new for meaningful settlement discussions.

Plaintiff requests a settlement conference once Doyle and Lewan are deposed.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STATUS REPORT                                             Page 3 of 4
Doyle v. HarperCollins et al.:3:05 – cv- 00300(TMB)

Dated this 23rd day of June, 2006.

| | |
|---|---|
| s/Jon Dawson (consent) | s/Michael Hough |
| JON DAWSON | MICHAEL HOUGH |
| Attorney for Defendants | Attorney for Plaintiff |
| 701 W. 8th Avenue, Suite 800 | 3733 Ben Walters Lane, Suite 2 |
| Anchorage, AK 99501 | Homer, Alaska 99603 |
| Phone: (907) 257-5330 | Phone: (907) 235-8184 |
| Fax: (907) 257-5399 | Fax: (907) 235-2420 |
| ABA #8406022 | ABA #7405022 |

s/Eric Jenkins (consent)
ERIC JENKINS
Attorney for Defendants
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5340
Fax: (907) 257-5399
ABA #0011078

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 23rd day of June, 2006, a true and correct copy of the foregoing document was served electronically upon:

Eric Jenkins and Jon Dawson
Davis Wright Tremaine, LLP
701 W. 8th Avenue, Suite 800
Anchorage, AK 99501

By: s/Michael Hough

H:\Docs\Wiley\Doyle\wileylibeldoylestatusrpt.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420