**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| ROBERT DOYLE, Plaintiff, vs. HARPERCOLLINS PUBLISHERS, INC. and TODD LEWAN, Defendants. | NOTICE OF COMPLIANCE WITH ORDER OF THE COURT FOR FILING AMENDED COMPLAINT<br><br>Case No.: 3:05-cv-300 |
|---|---|

### NOTICE OF COMPLIANCE WITH ORDER OF THE COURT FOR FILING

### AMENDED COMPLAINT

Plaintiff's Amended Complaint is filed with this notice. This court ordered that Plaintiff file an amended complaint clarifying his claims. Plaintiff has also updated the name of Defendant HarperCollins.

Dated this 23rd day of June, 2006.

   s/Michael Hough
MICHAEL HOUGH
Attorney for Plaintiff
3733 Ben Walters Lane, Suite 2
Homer, Alaska 99603
Phone: (907) 235-8184

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

NOTICE OF COMPLIANCE WITH
ORDER OF THE COURT FOR FILING
AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-
cv-00118 (TMB))

Page 1 of 2

Fax: (907) 235-2420
ABA #7405022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 23rd day of June, 2006, a true and correct copy of the foregoing document was served by fax upon: Eric Jenkins and Jon Dawson, Davis Wright Tremaine, LLP, 701 W. 8th Avenue, Suite 800, Anchorage, AK 99501

By: s/Michael Hough
H:\Docs\Wiley\Doyle\wileylibeldoylenoticeofcompl062306.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

NOTICE OF COMPLIANCE WITH
ORDER OF THE COURT FOR FILING
AMENDED COMPLAINT
Wiley v. HarperCollins et al./Case No.: 3:05-cv-00118 (TMB))

Page 2 of 2