Jon S. Dawson
Eric Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99503
Telephone: (907) 257-5300
Telefax: (907) 257-5399

Attorneys for HarperCollins Publishers, L.L.C.
and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, | ) |
| Plaintiff, | ) Case No. 3:05 – cv - 00300 (TMB) |
| vs. | ) |
| HARPER COLLINS PUBLISHERS, INC. and TODD LEWAN, | ) STIPULATION FOR EXTENSION OF TIME TO RESPOND TO |
| Defendants. | ) AMENDED COMPLAINT |

Plaintiff Robert Doyle ("Doyle") and Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan"), through their undersigned attorneys of record, hereby stipulate and agree that Harper and Lewan shall have until July 31, 2006 to respond to the Plaintiff's Amended Complaint in the above-captioned matter.

|  |  |
|---|---|
|  | DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Defendants |
| ___6/29/06___<br>Date | By: ___s/ Eric Jenkins___<br>Jon S. Dawson, ABA # 8406022<br>Eric J. Jenkins, ABA# 0011078<br>701 W. 8th Ave., Suite 800<br>Anchorage, AK 99501<br>Phone: (907) 257-5300<br>Fax: (907) 257-5399<br>jondawson@dwt.com<br>ericjenkins@dwt.com |
|  | C. MICHAEL HOUGH<br>Attorneys for Plaintiff |
| ___6/29/06___<br>Date | By: ___s/ C. Michael Hough (consent)___<br>C. Michael Hough, ABA # 7405022<br>3733 Ben Walters Lane, Suite 2<br>Homer, AK 99603<br>Phone: (907) 235-8184<br>Fax: (907) 235-2420<br>mhough@xyz.net |

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

STIPULATION FOR EXTENSION OF TIME - 2
91261v1  3960028-7