Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,                )<br>                              )<br>            Plaintiff,         )<br>                              )<br>vs.                           )<br>                              )<br>HARPER COLLINS PUBLISHERS, INC. )<br>and TODD LEWAN,              )<br>                              )<br>            Defendants.       )<br>_____ ) | Case No. 3:05 - cv - 00300 (TMB) |

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO AMENDED COMPLAINT

The Stipulation for Extension of Time to Respond to Amended Complaint is hereby GRANTED;

Defendants shall have until July 31, 2006 to respond to Plaintiff's Amended Complaint.

1   Dated this _____ day of _____, 2006

2

3                                                    _____
4                                                    The Honorable Timothy M. Burgess
                                                     U.S. District Court Judge
5

6

7

8   Certificate of Service:

9   I certify that on June 29, 2006, a true and correct copy
    of the foregoing document was served electronically
    on the following party
10

11  Michael Hough
    3733 Ben Walters Lane #2
12  Homer, Alaska  99603

       /s/ Joyce Sheppard
13       Joyce Sheppard

14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399