Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,                              )<br>                                                         )<br>                           Plaintiff,             )<br>                                                         )     Case No. 3:05 - cv - 00300 (TMB)<br>vs.                                                    )<br>                                                         )<br>HARPER COLLINS PUBLISHERS, INC.  )<br>and TODD LEWAN,                             )<br>                                                         )<br>                           Defendants.        )<br>_____ ) | |

[PROPOSED] ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The Second Stipulation for Extension of Time to Respond to Amended Complaint is hereby GRANTED;

Defendants shall have until August 15, 2006 to respond to Plaintiff's Amended Complaint.

1  Dated this _____ day of _____, 2006

2

3

                                                    _____
4                                                    The Honorable Timothy M. Burgess
                                                    U.S. District Court Judge
5

6

7

8  Certificate of Service:

   I certify that on July 21, 2006, a true and correct copy
9  of the foregoing document was served electronically
   on the following party

10

   Michael Hough
11 3733 Ben Walters Lane #2
   Homer, Alaska  99603

12    /s/ Janet Eastman
       Janet Eastman

13

14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING SECOND STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 2

ANC 94565v1 3960028-7