IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,                     )  | |
|                          Plaintiff,   )  Case No. 3:05-cv-00300 (TMB) | |
| vs.                                                           ) | |
| HARPER COLLINS PUBLISHERS, INC. ) and TODD LEWAN,          ) | |
|                          Defendants.   ) | |

ORDER GRANTING SECOND STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO AMENDED COMPLAINT

The Second Stipulation for Extension of Time to Respond to Amended Complaint is hereby **GRANTED**;

Defendants shall have until August 15, 2006 to respond to Plaintiff's Amended Complaint.

Dated at Anchorage, Alaska, this 24th day of July, 2006.

/s/ Timothy Burgess
Timothy M. Burgess
United States District Judge