Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | THIRD STIPULATION FOR |
| ) | EXTENSION OF TIME TO |
| Defendants. ) | RESPOND TO AMENDED |
| _____ ) | COMPLAINT |

Plaintiff Robert Doyle ("Doyle") and Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") have agreed to hold a mediation in an effort to resolve the claims at issue in the above-captioned case. The parties anticipate that the mediation will be held in late September 2006. In light of the agreement to mediate, the parties hereby stipulate and agree that Harper and Lewan shall not be required to respond to Doyle's Amended Complaint in the above-captioned case until after the mediation. In

the event that the mediation does not resolve the claims asserted in this matter, Harper and Lewan shall have 15 days from the date of the mediation to respond to the plaintiff's Amended Complaint.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

| 8/10/06 | By: s/ Eric Jenkins |
|---|---|
| Date | Jon S. Dawson, ABA # 8406022 |
| | Eric J. Jenkins, ABA# 0011078 |
| | 701 W. 8th Ave., Suite 800 |
| | Anchorage, AK  99501 |
| | Phone: (907) 257-5300 |
| | Fax: (907) 257-5399 |
| | jondawson@dwt.com |
| | ericjenkins@dwt.com |

C. MICHAEL HOUGH
Attorneys for Plaintiff

| 8/10/06 | By: s/ C. Michael Hough (consent) |
|---|---|
| Date | C. Michael Hough, ABA # 7405022 |
| | 3733 Ben Walters Lane, Suite 2 |
| | Homer, AK  99603 |
| | Phone:  (907) 235-8184 |
| | Fax:  (907) 235-2420 |
| | mhough@xyz.net |

THIRD STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT - 2

ANC 94540v2 3960028-7

1  <u>Certificate of Service:</u>

2  I certify that on August 10, 2006, a true and correct copy of the foregoing Third Stipulation to Respond to Amended Complaint was served electronically on:

3

4  Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska 99603

5   s/ Joyce Sheppard
Joyce Sheppard

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

THIRD STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT - 3

ANC 94540v2 3960028-7