Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER GRANTING THIRD STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The parties' Third Stipulation for Extension of Time to Respond to Amended Complaint is hereby APPROVED by the Court;

In the event that the parties do not reach a settlement at the mediation that the parties have agreed to conduct, Defendants shall have 15 days from the date of the mediation to respond to Plaintiff's Amended Complaint.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Dated this _____ day of _____, 2006

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service:

I certify that on August 10, 2006, a true and correct copy of the foregoing document was served electronically on the following party

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

  /s/ Joyce Sheppard
  Joyce Sheppard

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

ORDER GRANTING THIRD STIPULATION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 2

ANC 95081v1 3960028-7