Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska  99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | SCHEDULING AND PLANNING |
| Defendants. ) | CONFERENCE REPORT |
| _____) | |

1.  **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on October 23, 2006

and was attended by:

      Michael Hough        Attorney for plaintiff Robert Doyle

      Jon S. Dawson        Attorney for defendants HarperCollins Publishers, LLC
                                  and Todd Lewan

The parties recommend the following:

2.  **Pre-Discovery Disclosures.**  The information required by F.R.Civ.P. 26(a)(1):

    ____ have been exchanged by the parties

    __x__ will be exchanged by the parties by December 15, 2006.

    Proposed changes to disclosure requirements:  None.

Preliminary witness lists

____ have been exchanged by the parties

__x__ will be exchanged by the parties by December 15, 2005.

3. **Contested Issues of Fact and Law.** Preliminarily, plaintiff expects the issues of fact and/or law set forth in the attached Plaintiff's List of Issues of Fact and Law to be presented to the court at trial in this matter, and defendants expect the issues of fact and/or law set forth in the attached Defendants' List of Issues of Fact and Law to be presented to the court at trial in this matter. Nothing in the parties' respective Lists of Issues of Fact and Law shall be deemed an admission by either party of any fact or proposition of law, and neither party is conceding the relevancy of particular factual or legal issues contained in the other party's List of Issues of Fact and Law.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues: All issues of fact identified in the Section 3 above.

    B. All discovery commenced in time to be completed by September 24, 2007 ("discovery close date").

    C. Limitations on Discovery.

        1. Interrogatories.

            __x__ No change from F.R.Civ.P. 33(a)

            ____ Maximum of ____ by each party to any other party.

            Responses due as per F.R. Civ. P. 33(b).

        2. Requests for Admissions.

            __x__ No change from F.R.Civ.P. 36(a)

        \_\_\_\_  Maximum of \_\_\_\_ requests.

        Responses due in \_\_\_\_ days.

   3. Depositions.

        \_\_\_\_  No change from F.R.Civ.P. 36(a), (d).

        \_\_x\_\_  Maximum of \_\_12\_\_ depositions by each party.

        Depositions not to exceed \_\_7\_\_ hours unless agreed to by all parties.

D. Reports from retained experts.

   \_\_\_\_  Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

   \_\_x\_\_ **PLEASE NOTE STAGGERED DESIGNATIONS AND REPORT DATES.**

   Plaintiff shall designate its retained experts and the general area of their testimony (e.g.: industry practices, damages, etc.) not later than April 1, 2007. Reports from plaintiff's retained experts shall be due not later than May 1, 2007.

   Defendants shall designate their retained experts and the general area of their testimony not later than May 1, 2007. Reports from defendants' retained experts shall be due not later than June 1, 2007.

E. Supplementation of disclosures and discovery responses are to be made:

   \_\_x\_\_ Periodically at 60-day intervals from the entry of scheduling and planning order.

   \_\_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

    F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        ____ 45 days prior to the close of discovery.

        __x__ Not later than 60 days prior to the close of discovery.

5.    **Pretrial Motions.**

    ____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ____ Motions to amend pleadings or add parties to be filed not later than *(insert date)*.

    ____ Motions under the discovery rules must be filed not later than *(insert date)*.

    __x__ Motions in limine and dispositive motions must be filed not later than 60 days after close of discovery.

6.    **Other Provisions:**

    A.    __x__ The parties do not request a conference with the court before the entry of the scheduling order.

        ____ The parties request a scheduling conference with the court on the following issue(s):

        *(Insert issues on which a conference is requested)*

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

        ____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        ____ If the parties wish to file a request for alternative dispute resolution, they will do so not later than 30 days before trial.

        ____ Mediation    ____ Early Neutral Evaluation

  C.  The parties ____ do __x__ not consent to trial before a magistrate judge.

  D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    __x__ All parties have complied  ____ Compliance not required by any party

7. **Trial.**

  A.  The matter will be ready for trial:

    ____ 45 days after the discovery close date.

    __x__ not later than 120 days after close of discovery (i.e., 60 days after the deadline for dispositive motions*).*

  B.  This matter is expected to take __8__ days to try.

  C.  Jury Demanded  __x__ Yes  ____ No

    disputed?  ____ Yes  __x__ No

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

  11/22/06    By: s/ Jon S. Dawson
  Date      Jon S. Dawson, ABA # 8406022
        Eric J. Jenkins, ABA# 0011078
        701 W. 8th Ave., Suite 800
        Anchorage, AK  99501
        Phone: (907) 257-5300
        Fax: (907) 257-5399
        jondawson@dwt.com
        ericjenkins@dwt.com

C. MICHAEL HOUGH
Attorneys for Plaintiff

  11/22/06    By: s/ C. Michael Hough (consent)
  Date      C. Michael Hough, ABA # 7405022
        3733 Ben Walters Lane, Suite 2
        Homer, AK  99603
        Phone:  (907) 235-8184
        Fax:  (907) 235-2420
        mhough@xyz.net Right to jury trial