Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE,<br><br>                    Plaintiff,<br><br>vs.<br><br>HARPER COLLINS PUBLISHERS, INC.<br>and TODD LEWAN,<br><br>                    Defendants. | Case No. 3:05-CV-0300 (TMB)<br><br>**STIPULATION FOR<br>EXTENSION OF PRETRIAL<br>DEADLINES** |

Defendants HarperCollins Publishers, LLC ("Harper") and Todd Lewan ("Lewan") and Plaintiff Robert Doyle ("Doyle") through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. This case involves a number of different claims involving a variety of legal theories and claims for relief; more than 60 witnesses in locations around the United States (perhaps many more, because plaintiff's initial disclosures also identify as

witnesses Doyle's "fellow black cod fisherman"); and reams of documentation concerning everything from defendant Lewan's research and interviews for <u>The Last Run</u> to plaintiff Doyle's Coast Guard records, divorce and DWI proceedings, and medical records. The parties have been diligently moving this case forward. Those efforts include written discovery, ongoing production of documents, and the tentative scheduling of the first of a host of out-of-state depositions. Many key documents are still awaiting production, others are still being identified, and more still will be sought from third parties. The first depositions in the case are tentatively scheduled for the second half of May. Efforts to schedule depositions and interview witnesses are complicated by geography (none or the parties reside in Alaska and many of the witnesses are outside Alaska) and by the need to accommodate the schedules of witnesses, parties, and counsel.

3. The deadline for expert witness reports is currently May 1, 2007 for plaintiff and June 1, 2007, for defendants, but the parties cannot even assess the need for expert witnesses until the above-referenced depositions have been taken and substantial additional discovery have been completed. The parties therefore stipulate that plaintiff shall designate any expert witnesses by July 1, 2007, and the deadline for plaintiff's expert witness reports is extended to August 1, 2007; defendants shall designate any expert witnesses by September 1, 2007, and the deadline for defendants' expert witness reports is extended to October 1, 2007.

4. The deadline for close of discovery is currently September 24, 2007. Even without the extension of the deadline for expert reports, it is apparent to the parties that

STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES - 2
87995v1 3960028-6

they will require additional time to complete discovery in this case. The parties therefore stipulate and agree that close of discovery shall be extended to December 14, 2007.

5. The deadline for final witness lists is currently 30 days before close of discovery. Because of the number of witnesses in this case, it is appropriate for the parties to exchange final witness lists on a earlier date in order to insure sufficient time to complete any remaining depositions or interviews. The parties therefore stipulate that the deadline for final witness lists shall be 60 days before close of discovery.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants

\_\_\_3/20/07\_\_\_
Date

By:\_\_s/ Jon S. Dawson\_\_
Jon S. Dawson, ABA # 8406022
Eric J. Jenkins, ABA# 0011078
701 W. 8th Ave., Suite 800
Anchorage, AK  99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jondawson@dwt.com
ericjenkins@dwt.com

C. MICHAEL HOUGH
Attorneys for Plaintiff

\_\_\_3/20/07\_\_\_
Date

By:\_\_s/ Michael Hough (consent)\_\_
C. Michael Hough, ABA # 7405022
3733 Ben Walters Lane, Suite 2
Homer, AK  99603
Phone: (907) 235-8184
Fax: (907) 235-2420
mhough@xyz.net

STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES - 3
87995v1 3960028-6

Certificate of Service:

I certify that on March 20, 2007, a true and correct copy of the foregoing document was served electronically on the following party:

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

/s/ Joyce Sheppard
    Joyce Sheppard

STIPULATION FOR EXTENSION OF PRETRIAL DEADLINES - 4
87995v1 3960028-6