Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:05 - cv - 00300 (TMB) |
| HARPER COLLINS PUBLISHERS, INC. and TODD LEWAN, | ) |
| Defendants. | ) |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Robert Doyle ("Doyle") and Defendants Todd Lewan ("Lewan") and

HarperCollins Publishers, LLC ("HarperCollins"), through their undersigned attorneys of

record, stipulate and agree that the above-captioned case is dismissed in its entirety with prejudice, each party to bear its own attorney fees and costs.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants Todd Lewan and HarperCollins Publishers, LLC

_6/27/07_____         By: _____
Date                                            Jon S. Dawson, ABA # 8406022
                                                   Eric J. Jenkins, ABA# 0011078
                                                   701 W. 8th Ave., Suite 800
                                                   Anchorage, AK 99501
                                                   Phone: (907) 257-5300
                                                   Fax: (907) 257-5399
                                                   jondawson@dwt.com
                                                   ericjenkins@dwt.com

LAW OFFICES OF MICHAEL HOUGH
Attorneys for Plaintiff Robert Doyle

_June 21, 2007_____         By: _____
Date                                            Michael Hough, ABA # 7405022
                                                   3733 Ben Walters Lane, Suite 2
                                                   Homer, Alaska 99603
                                                   Phone: (907) 235-8184
                                                   Fax: (907) 235-2420
                                                   mhough@xyz.net