Jon S. Dawson
Eric J. Jenkins
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for HarperCollins Publishers, L.L.C.
  and Todd Lewan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05 - cv - 00300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

[PROPOSED] ORDER GRANTING STIPULATION FOR
DISMISSAL AND DISMISSING CASE WITH PREJUDICE

Plaintiff Robert Doyle and Defendants HarperCollins Publishers, LLC and Todd Lewan having filed a stipulation for dismissal of the above-captioned case with prejudice, each party to bear its own costs and attorney's fees;

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

It is hereby ordered that the stipulation is approved.  The above-captioned case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this _____ day of _____, 2007

_____
The Honorable Timothy M. Burgess
U.S. District Court Judge

Certificate of Service:

I certify that on  June _____, 2007, a true and correct copy
of the foregoing document was served electronically
on the following party

Michael Hough
3733 Ben Walters Lane #2
Homer, Alaska  99603

   /s/ Joyce Sheppard
     Joyce Sheppard

**Davis Wright Tremaine LLP**
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399