IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DOYLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:05-cv - 300 (TMB) |
| vs. ) | |
| ) | |
| HARPER COLLINS PUBLISHERS, INC. ) | |
| and TODD LEWAN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER GRANTING STIPULATION FOR
DISMISSAL AND DISMISSING CASE WITH PREJUDICE

Plaintiff Robert Doyle and Defendants HarperCollins Publishers, LLC and Todd Lewan having filed a stipulation for dismissal of the above-captioned case with prejudice, each party to bear its own costs and attorney's fees;

It is hereby ordered that the stipulation is approved. The above-captioned case is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 29th day of June, 2007

/s/ Timothy M. Burgess
The Honorable Timothy M. Burgess
U.S. District Court Judge